CLOVER CREST STOCK FARM, INC., Respondent, v. THE ONEIDA CO-OPERATIVE FIRE INSURANCE COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers on appeal within thirty days after service upon appellant's attorney of a copy of this order with notice of entry thereof.

Admitted to practice as attorneys and counselors at law upon examination: At November, 1918, term: WILLIAM E. MCCLUSKY, Syracuse; DAVID LIVINGSTON BRUSH, Herkimer; JOHN HOLLISTER PATTON, Tonawanda; LYMAN S. SMITH, U. S. Army.

At January, 1919, term: SAMUEL GREEN, Buffalo; ADRIAN BLOCK, Buffalo; WILLIAM J. BROCK, Buffalo, and VINCENT JOHN MULVEY, Geneva.

---

## FIRST DEPARTMENT, FEBRUARY, 1919.

In the Matter of the Judicial Settlement of the Intermediate Account of CHARLES W. TROUGHTON, as Executor of and Trustee under the Last Will and Testament of LUCY BEARD TROUGHTON, Deceased.

GODWIN BEARD and Others, Appellants; CHARLES W. TROUGHTON, Individually and as Executor and Trustee, etc., Respondent.

Appeal from a decree of the surrogate of New York county, dated March 5, 1918, confirming the report of a referee.

PER CURIAM: The decree should be modified by reducing the sum which the trustee is ordered to retain for commissions to which he is entitled on this accounting to the sum of $307.21. Having already received on the previous accounting the statutory commission of five per cent on the first $1,000 and two and one-half per cent on the next $10,000 he is entitled to only one per cent commission on the increase, namely, $37.80, instead of $119.50, as allowed by the decree. As thus modified, the decree is affirmed, with costs to the respondent. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ. Order modified by reducing commissions to $307.21, and as so modified affirmed, with costs to respondent.